JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY DOWNS, | ) Case No. 2:20-cv-11251-JLS (JDE) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | ) |
| Defendant. | ) |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 20, 2021

_____
JOSEPHINE L. STATON
United States District Judge